DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMMY S. LATTIMORE,**
Appellant,

v.

**MICHAEL S. SILVER,**
Appellee.

No. 4D2025-2249

[March 12, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Christine Burkhart, Judge; L.T. Case No. 502024DR005695.

Tammy S. Lattimore, Boca Raton, pro se.

Amelia-Lyn Warchal of Klein Law Group, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***